APPLIED INDUSTRIAL TECHNOLO-GIES ABC, INC., Formally known as Associated Bearings Company, Respondent,

v.

**Janette M. LOHMAN, Director of Revenue, Appellant.**

No. WD 59443.

Missouri Court of Appeals, Western District.

Oct. 23, 2001.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, MO, for appellant.

Don A. Peterson, Kansas City, MO, for respondent.

Before THOMAS H. NEWTON, P.J., HAROLD L. LOWENSTEIN, J. and JAMES M. SMART, JR., J.

*Order*

PER CURIAM:

Applied Industrial Technologies appeals the judgment of the Administrative Hearing Commission denying their request for attorney's fees. For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).